**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
RICHMOND DIVISION

ELTON KENNETH BURNETT,

   Plaintiff,

v.                                                                          Civil Action No. 3:23-cv-266

ANTHONY REAMON BOUYER,

and

U.S. XPRESS, INC.,

   Defendants.

## NOTICE OF REMOVAL

Defendants Anthony Reamon Bouyer ("Bouyer") and U.S. Xpress, Inc., by counsel, pursuant to 28 U.S.C. sections 1441 and 1446, file this Notice of Removal to remove this action from the Circuit Court for the County of Caroline to the United States District Court for the Eastern District of Virginia, Richmond Division. In support thereof, the defendants state as follows:

1.     The plaintiff filed suit against the defendants in the Circuit Court for the County of Caroline, Virginia on May 9, 2022. Service was made on U.S. Xpress, Inc. on March 28, 2023. To date, no service has been made on Bouyer. A copy of the summons and complaint served on U.S. Xpress, Inc., as well as the answer filed in the Circuit Court for the County of Caroline are attached hereto pursuant to 28 U.S.C. § 1446.

2.     This Court has removal jurisdiction over this matter as there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.      Plaintiff is a resident of Georgia

4.      Defendant Bouyer is a resident of Alabama.

5.      Defendant U.S. Xpress, Inc. is a Nevada corporation with its principal place of business in Chattanooga, TN.

6.      Pursuant to 28 U.S.C. § 1446, this notice is filed within 30 days after service on U.S. Xpress, Inc.  Defendant Bouyer has not been served to date.

7.      Defendants have given notice of the filing of this Notice of Removal to counsel for the plaintiff, and have mailed a copy to the Clerk of the Circuit Court for the County of Caroline.

WHEREFORE, Defendants, Anthony Reamon Bouyer and U.S. Xpress, Inc., by counsel, respectfully request that this Court remove this action from the Circuit Court for the County of Caroline.

**ANTHONY REAMON BOUYER and**
**U.S. XPRESS, INC.**

By Counsel

/s/
James R. Jebo (VSB No. 48418)
*Counsel for Anthony Reamon Bouyer and U.S. Xpress, Inc.*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jjebo@hccw.com

2

# C E R T I F I C A T E

I hereby certify that on the 24th day of April, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas L. Johnson, Jr., Esq.
VSB No. 38814
Bricker Anderson & Johnson, PC
411 East Franklin Street, Suite 504
Richmond, VA 23219
804-649-2304 - Phone
804-649-3380 - Fax
johnson@brickeranderson.com

/s/_____
James R. Jebo (VSB No. 48418)
*Counsel for Anthony Reamon Bouyer and U.S. Xpress, Inc.*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jjebo@hccw.com