IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ELTON KENNETH BURNETT,
    Plaintiff,

v.                                  Civil Action No. 3:23-CV-00266 (MRC)

ANTHONY REAMON BOUYER, *et al.*.
    Defendants.

## **FINAL ORDER**

On August 7, 2023, the parties filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 16.) The Court hereby DISMISSES this case, with prejudice, and DIRECTS the Clerk to close this case. The Court shall retain jurisdiction to enforce settlement if necessary.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                /s/ MRC
                                                Mark R. Colombell
                                                United States Magistrate Judge

Richmond, Virginia
Date: August 7, 2023